NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CEDRIC HUTCHINSON,                   )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D19-206
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

Affirmed. See Clark v. State, 783 So. 2d 967 (Fla. 2001); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hutchinson v. State, 129 So. 3d 368 (Fla. 2d DCA 2013) (table decision); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Wingfield v. State, 816 So. 2d 675 (Fla. 2d DCA 2002); Hutchinson v. State, 249 So. 3d 1327 (Fla. 1st DCA 2018); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.